IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>CATHLEEN H. ALLEN, et al.,<br><br>  Defendants. | 4:19-CV-3024<br><br>ORDER |

This matter is before the Court on the plaintiff's oral motion (filing 40) to extend the response deadline for certain pending motions.[1] The Court will grant the plaintiff's request.

The basis for the plaintiff's request is his claim that some motions were not served on him by mail, which was necessary because he is a non-electronic filer. *See* NECivR 5.2(a)(1). All the defendants are reminded of their obligation to properly serve the plaintiff with paper copies of any filings. *See id.*[2] In order to ensure that the plaintiff has enough time to respond to the pending motions, the Court will grant his request for an additional 14 days' response time.

The plaintiff also asked the Court to provide him with copies of the filings at issue. Ordinarily, the Court would charge 50¢ per page for such copies. However, as a <u>one-time</u> courtesy to the plaintiff—and, to keep this case

---

[1] The Court has received the plaintiff's response to the CPNRD's motion to dismiss (filing 26). *See* filing 38. Accordingly, the Court presumes that the plaintiff's request applies to the subsequent motion to dismiss of Cathleen Allen and her law firms (filing 28), motion to dismiss from several state judges (filing 32), and motion for Rule 11 sanctions (filing 33).

[2] The Court is aware that the certificates of service for the filings at issue say that service by mail was undertaken. *E.g.*, filing 28 at 3. The Court sees no reason to disbelieve that. Nonetheless, the Court's reminder does no harm.

progressing efficiently—the Court will direct the Clerk of the Court to provide the plaintiff with copies.

IT IS ORDERED:

1. The plaintiff's motion to extend response deadline (filing 40) is granted.

2. The plaintiff may respond to the Law Firm Defendants' motion to dismiss (filing 28), the State Judges' motion to dismiss (filing 31), and the CPNRD's motion for Rule 11 sanctions (filing 33), on or before June 27, 2019.

3. The movants may reply in support of their respective motions on or before July 5, 2019.

4. The Clerk of the Court is directed to send the plaintiff a copy of this order along with copies of filing 28, filing 29, filing 30 (and its attachments), filing 31, filing 32, filing 33, filing 34, and filing 35.

Dated this 10th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge