UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAHTLEEN H. ALLEN, the law office of LEININGER, SMITH, JOHNSON, BAACK, PLACZEK & ALLEN, and the law office of SMITH, JOHNSON, BAACK, PLACZEK, ALLEN, CONNICK & HANSEN, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; CENTRAL PLATTE NATURAL RESOURCES DISTRICT; KARIN L. NOAKES, in her individual, personal capacity; FRANKIE J. MOORE, in her individual, personal capacity; FRANCIE C. RIEDMANN, in her individual, personal capacity; EVERETT O. INBODY, in his individual, personal capacity;<br><br>  Defendants. | Case No. 4:19-cv-3024<br><br><br><br>**DEFENDANT CENTRAL PLATTE NATURAL RESOURCES DISTRICT'S APPLICATION FOR ATTORNEY'S FEES** |

  COMES NOW, Defendant Central Platte Natural Resources District (CPNRD), pursuant to the Court's May 14 Memorandum and Order and Federal Rule of Civil Procedure 54(d)(2), and moves for attorney's fees in the amount of $10,180.00, as set forth in the attached declaration and supporting exhibits.

  DATED this 21st day of May, 2020.

[*Signature on next page.*]

                    CENTRAL PLATTE NATURAL RESOURCES DISTRICT,
Defendant

By: /s/ Mark A. Christensen
Mark A. Christensen #17660
Nathan D. Clark #25857
CLINE WILLIAMS WRIGHT JOHNSON &
  OLDFATHER, L.L.P.
233 S. 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
mchristensen@clinewilliams.com
nclark@clinewilliams.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of May, 2020, the foregoing was filed and served on all counsel for record via the Court's CM/ECF system, and sent by United States first class mail, sufficient postage prepaid, to:

Kelly L. Smith
77616 Roten Valley Road
Cozad, NE 69130

                    s/ Mark A. Christensen
                    Mark A. Christensen

4841-0703-0717, v. 1

2