IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH,<br><br>    Plaintiff,<br><br> vs.<br><br>CATHLEEN H. ALLEN, the law office of LEININGER, SMITH, JOHNSON, BAACK, PLACZEK & ALLEN, and the law office of SMITH, JOHNSON, BAACK, PLACZEK, ALLEN, CONNICK & HANSEN, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; CENTRAL PLATTE NATURAL RESOURCES DISTRICT; KARIN L. NOAKES, in her individual, personal capacity; FRANKIE J. MOORE, in her individual, personal capacity; FRANCIE C. RIEDMANN, in her individual, personal capacity; EVERETT O. INBODY, in his individual, personal capacity;<br><br>    Defendants. | Case No. 4:19-cv-3024<br><br><br><br><br><br><br>DECLARATION OF NATHAN CLARK |

COMES NOW Nathan D. Clark and states as follows:

1. I am over the age of 18, competent in all respects to testify, and have personal knowledge of the facts set forth herein.

2. I am counsel for the Defendant Central Platte Natural Resources District (CPNRD).

3. I performed legal services for CPNRD along with attorney Mark A. Christensen in the above-captioned dispute.

4. My billable rate on this case was $175.00 per hour and Mr. Christensen's was $225.00 per hour.

5.     Attached as Exhibits A through C are true and correct copies of itemized billing statements and attorney diary reports documenting the services performed by myself and Mr. Christensen in this matter, totaling $10,180 in attorney's fees.

6.     Exhibits A through C are records created at or near the time of the work performed from information transmitted by myself and Mr. Christensen, are kept in the course of a regularly conducted activity of recording attorney work by the Cline Williams law firm, and making of such records is a regular practice of that activity.

7.     The amount set forth in paragraph 5 sets forth the fees incurred in responding to Plaintiff's Complaint and Amended Complaint and in making its motion for sanctions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED May 20, 2020

NATHAN D. CLARK

4839-8399-4300, v. 2

CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
ATTORNEYS AT LAW
ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

**EXHIBIT A**

Glatfelter Claims Management, Inc.                                              May 20, 2019
Attn: James Oberg                                                       **Invoice # 293607**

For Services and Costs

CLIENT:   05664 - Glatfelter Claims Management, Inc.

| Matter | Fees | All Costs | Total |
|---|---|---|---|
| 009 - Smith v. Central Platte NRD, et al. | 3,610.00 | 0.00 | 3,610.00 |
| | **Total Current Work** | | **$3,610.00** |

Amount enclosed: _____

Net payable within 10 days of receipt.
Please make check payable to Cline Williams.

PLEASE RETURN FIRST PAGE OF STATEMENT WITH PAYMENT

TEMPORARY RELOCATION OF LINCOLN OFFICE
Our Lincoln offices will be substantially renovated beginning
January 14, 2019. To facilitate the construction, we will temporarily
relocate to the 2nd, 3rd and 4th floors of the U.S. Bank Building at
100 North 56th Street, Lincoln, NE 68504, located at the corner of 56th &
O Streets. Our mailing address, telephone numbers, fax number and email
addresses remain unchanged during this temporary relocation. We expect
to return to our renovated downtown Lincoln offices in the fall of 2019.

# CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                    May 20, 2019
Attn: James Oberg                                          **Invoice # 293607**

Re:         009  Smith v. Central Platte NRD, et al.

    Claim No.:            NEPF19040760

| Date | | Services | Rate | Hours | Amount |
|------|----|----------|------|-------|--------|
| 04/22/19 | MAC | Prepare email to Jim Oberg; examine reply | 225.00 | 0.10 | 22.50 |
| 04/22/19 | MAC | Review Complaint and correspondence from Jim Oberg | 225.00 | 0.50 | 112.50 |
| 04/22/19 | MAC | Prepare email to Jim Oberg | 225.00 | 0.10 | 22.50 |
| 04/23/19 | NDC | Review complaint | 175.00 | 0.70 | 122.50 |
| 04/23/19 | NDC | Consider strategy and motions to file | 175.00 | 0.20 | 35.00 |
| 04/23/19 | NDC | Review complaint | 175.00 | 0.60 | 105.00 |
| 04/23/19 | NDC | Review codefendants' motion to dismiss and supporting brief | 175.00 | 0.50 | 87.50 |
| 04/23/19 | MAC | Telephone conference with Lyndon Vogt | 225.00 | 0.10 | 22.50 |
| 04/23/19 | MAC | Research Central Platte NRD and Lyndon Vogt | 225.00 | 0.10 | 22.50 |
| 04/23/19 | MAC | Review Fed. Rules Civ. P. regarding waiver of service and timing | 225.00 | 0.10 | 22.50 |
| 04/23/19 | MAC | Examine Pacer and Motion to Dismiss and Briefs of Co-Defendants | 225.00 | 0.40 | 90.00 |
| 04/23/19 | MAC | Prepare email to NDC; examine response and reply | 225.00 | 0.10 | 22.50 |

Client Ref:      05664 - 009                                                      May 20, 2019
**Invoice # 293607**                                                              **Page 2**

| Date | | Services | Rate | Hours | Amount |
|------|------|---------|------|-------|--------|
| 04/23/19 | MAC | Examine email from Don Blankenau; reply | 225.00 | 0.10 | 22.50 |
| 04/26/19 | MAC | Examine memo and disc with claim file from Jim Oberg | 225.00 | 0.20 | 45.00 |
| 04/27/19 | NDC | Review previous cases between parties | 175.00 | 0.80 | 140.00 |
| 04/27/19 | NDC | Draft brief in support of motion to dismiss | 175.00 | 1.70 | 297.50 |
| 04/28/19 | NDC | Draft brief in support of motion to dismiss | 175.00 | 1.50 | 262.50 |
| 04/29/19 | NDC | Draft brief in support of motion to dismiss | 175.00 | 6.00 | 1,050.00 |
| 04/29/19 | MAC | Conference with NDC regarding Motion to Dismiss and Rule 11 issues | 225.00 | 0.20 | 45.00 |
| 04/30/19 | MAC | Examine email from NDC; reply | 225.00 | 0.10 | 22.50 |
| 04/30/19 | MAC | Prepare email to Jim Oberg regarding Rule 11 sanctions | 225.00 | 0.10 | 22.50 |
| 04/30/19 | NDC | Draft brief in support of motion to dismiss | 175.00 | 5.80 | 1,015.00 |

### Recapitulation

| | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| MAC | Mark A. Christensen | 225.00 | 2.20 | 495.00 |
| NDC | Nathan D. Clark | 175.00 | 17.80 | 3,115.00 |
| **For Current Services Rendered** | | | **20.00** | **$3,610.00** |

**Total This Matter**                                           **$3,610.00**

# CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                            June 21, 2019
Attn: James Oberg                                         **Invoice # 294569**

For Services and Costs

CLIENT:   05664 - Glatfelter Claims Management, Inc.

| Matter | Fees | All Costs | Total |
|---|---|---|---|
| 009 - Smith v. Central Platte NRD, et al. | 5,262.50 | 0.00 | 5,262.50 |
| | **Total Current Work** | | **$5,262.50** |

Amount enclosed: _____

Net payable within 10 days of receipt.
Please make check payable to Cline Williams.

PLEASE RETURN FIRST PAGE OF STATEMENT WITH PAYMENT

TEMPORARY RELOCATION OF LINCOLN OFFICE
Our Lincoln offices will be substantially renovated beginning
January 14, 2019. To facilitate the construction, we will temporarily
relocate to the 2nd, 3rd and 4th floors of the U.S. Bank Building at
100 North 56th Street, Lincoln, NE 68504, located at the corner of 56th &
O Streets. Our mailing address, telephone numbers, fax number and email
addresses remain unchanged during this temporary relocation. We expect
to return to our renovated downtown Lincoln offices in the fall of 2019.

# CLINE WILLIAMS

## WRIGHT JOHNSON & OLDFATHER, L.L.P.

### ATTORNEYS AT LAW

ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                June 21, 2019
Attn: James Oberg                                        **Invoice # 294569**

Re:          009  Smith v. Central Platte NRD, et al.

Claim No.:              NEPF19040760

| Date | | Services | Rate | Hours | Amount |
|------|---|----------|------|-------|--------|
| 05/01/19 | NDC | Draft brief in support of motion to dismiss | 175.00 | 7.30 | 1,277.50 |
| 05/01/19 | NDC | Draft affidavit | 175.00 | 1.00 | 175.00 |
| 05/01/19 | MAC | Examine email from NDC regarding Motion and Brief | 225.00 | 0.10 | 22.50 |
| 05/02/19 | NDC | Draft brief in support of motion to dismiss | 175.00 | 1.30 | 227.50 |
| 05/02/19 | NDC | Draft index of evidence | 175.00 | 0.20 | 35.00 |
| 05/02/19 | NDC | Review documents for filing | 175.00 | 0.10 | 17.50 |
| 05/02/19 | MAC | Review and revise Motion and Brief | 225.00 | 0.50 | 112.50 |
| 05/02/19 | MAC | Conference with NDC regarding Motion and Brief | 225.00 | 0.10 | 22.50 |
| 05/02/19 | MAC | Correspondence to Jim Oberg regarding Motion, Brief and Rule 11 issue | 225.00 | 0.20 | 45.00 |
| 05/02/19 | MAC | Examine email from Jim Oberg regarding Rule 11 | 225.00 | 0.10 | 22.50 |
| 05/02/19 | MAC | Examine email from NDC; reply | 225.00 | 0.10 | 22.50 |
| 05/06/19 | NDC | Draft motion for Rule 11 sanctions | 175.00 | 1.20 | 210.00 |
| 05/06/19 | NDC | Draft letter to plaintiff to accompany draft Rule 11 motion | 175.00 | 0.60 | 105.00 |

Client Ref:      05664 - 009                                              June 21, 2019
**Invoice # 294569**                                                        **Page 2**

| **Date** | | **Services** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/06/19 | MAC | Examine email from NDC; reply | 225.00 | 0.10 | 22.50 |
| 05/06/19 | MAC | Examine e-notices from Court regarding filing Motion, Brief and Index | 225.00 | 0.10 | 22.50 |
| 05/06/19 | MAC | Examine email and draft Rule 11 Motion from NDC; reply | 225.00 | 0.10 | 22.50 |
| 05/06/19 | MAC | Review and modify draft correspondence to Plaintiff from NDC; reply to NDC | 225.00 | 0.10 | 22.50 |
| 05/06/19 | MAC | Examine email from NDC regarding revised Motion and service; reply | 225.00 | 0.10 | 22.50 |
| 05/07/19 | MAC | Correspondence to Jim Oberg regarding Rule 11 Motion and correspondence to Smith | 225.00 | 0.20 | 45.00 |
| 05/08/19 | NDC | Review Plaintiff's amended complaint | 175.00 | 0.30 | 52.50 |
| 05/08/19 | MAC | Examine notification of service on Plaintiff | 225.00 | 0.10 | 22.50 |
| 05/08/19 | MAC | Examine e-notice from Court regarding Plaintiff's filing of Certificate of Service and Amended Complaint | 225.00 | 0.10 | 22.50 |
| 05/08/19 | MAC | Examine Text Order from Judge Zwart striking Amended Complaint | 225.00 | 0.10 | 22.50 |
| 05/09/19 | NDC | Consider effects of amended complaint on brief in support of motion to dismiss | 175.00 | 0.30 | 52.50 |
| 05/09/19 | MAC | Examine Order denying Motions to Dismiss as moot | 225.00 | 0.10 | 22.50 |
| 05/09/19 | MAC | Prepare email to NDC regarding re-filing Motion; examine reply | 225.00 | 0.10 | 22.50 |
| 05/09/19 | MAC | Correspondence to Jim Oberg regarding Amended Complaint and Order | 225.00 | 0.20 | 45.00 |
| 05/13/19 | NDC | Review correspondence and offer from K. Smith - no charge | 0.00 | 0.10 | 0.00 |

Client Ref:      05664 - 009                                                            June 21, 2019
**Invoice # 294569**                                                                        **Page 3**

| Date | | Services | Rate | Hours | Amount |
|------|---|----------|------|-------|--------|
| 05/13/19 | NDC | Draft brief in support of of motion to dismiss to address new allegations | 175.00 | 0.80 | 140.00 |
| 05/13/19 | MAC | Examine correspondence from Kelly Smith | 225.00 | 0.10 | 22.50 |
| 05/13/19 | MAC | Correspondence to Lyndon Vogt regarding Smith correspondence | 225.00 | 0.20 | 45.00 |
| 05/14/19 | NDC | Draft brief and affidavit in support of motion to dismiss to address new allegations in Amended Complaint | 175.00 | 3.80 | 665.00 |
| 05/14/19 | MAC | Examine email from Lyndon Vogt regarding no payment to Smith | 225.00 | 0.10 | 22.50 |
| 05/14/19 | MAC | Prepare email to Jim Oberg; examine reply | 225.00 | 0.10 | 22.50 |
| 05/14/19 | MAC | Examine email from NDC regarding 2nd Motion to Dismiss and Brief | 225.00 | 0.10 | 22.50 |
| 05/16/19 | NDC | Prepare index of evidence for filing | 175.00 | 0.20 | 35.00 |
| 05/16/19 | MAC | Examine email from NDC, Motion to Dismiss and revised Brief | 225.00 | 0.20 | 45.00 |
| 05/16/19 | MAC | Examine e-notices of filing Motion and Brief | 225.00 | 0.10 | 22.50 |
| 05/16/19 | MAC | Correspondence to Jim Oberg regarding Motion and Brief | 225.00 | 0.20 | 45.00 |
| 05/21/19 | MAC | Examine Motion to Dismiss, Index of Evidence and Brief filed on behalf of Allen | 225.00 | 0.20 | 45.00 |
| 05/22/19 | MAC | Examine e-notice from Court and filed Motion to Dismiss of Judges | 225.00 | 0.10 | 22.50 |
| 05/23/19 | MAC | Examine e-notice from Court and Brief in Support of Judges' Motion to Dismiss | 225.00 | 0.10 | 22.50 |
| 05/28/19 | NDC | Draft brief in support of motion for sanctions | 175.00 | 6.50 | 1,137.50 |

Client Ref:     05664 - 009                                              June 21, 2019
**Invoice # 294569**                                                      **Page 4**

| Date | | Services | Rate | Hours | Amount |
|------|------|------|------|------|------|
| 05/28/19 | MAC | Prepare email to NDC regarding Rule 11 Motion | 225.00 | 0.10 | 22.50 |
| 05/29/19 | NDC | Draft brief, motions, and declaration in support of of motion for sanctions | 175.00 | 1.20 | 210.00 |

### Recapitulation

| | | Rate | Hours | Amount |
|------|------|------|------|------|
| MAC | Mark A. Christensen | 225.00 | 4.10 | 922.50 |
| NDC | Nathan D. Clark | 0.00 | 0.10 | 0.00 |
| NDC | Nathan D. Clark | 175.00 | 24.80 | 4,340.00 |
| **For Current Services Rendered** | | | **29.00** | **$5,262.50** |

**Total This Matter**                                     **$5,262.50**

# CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
#### ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                July 25, 2019
Attn: James Oberg                                          **Invoice # 295609**

For Services and Costs

CLIENT:   05664 - Glatfelter Claims Management, Inc.

| Matter | Fees | All Costs | Total |
|---|---|---|---|
| 009 - Smith v. Central Platte NRD, et al. | 375.00 | 15.80 | 390.80 |
| **Total Current Work** | | | **$390.80** |

Amount enclosed: _____

Net payable within 10 days of receipt.
Please make check payable to Cline Williams.

### PLEASE RETURN FIRST PAGE OF STATEMENT WITH PAYMENT

TEMPORARY RELOCATION OF LINCOLN OFFICE
Our Lincoln offices will be substantially renovated beginning
January 14, 2019. To facilitate the construction, we will temporarily
relocate to the 2nd, 3rd and 4th floors of the U.S. Bank Building at
100 North 56th Street, Lincoln, NE 68504, located at the corner of 56th &
O Streets. Our mailing address, telephone numbers, fax number and email
addresses remain unchanged during this temporary relocation. We expect
to return to our renovated downtown Lincoln offices in the fall of 2019.

# CLINE WILLIAMS
# WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
#### ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                      July 25, 2019
Attn: James Oberg                                            **Invoice # 295609**

Re:          009  Smith v. Central Platte NRD, et al.

     Claim No.:              NEPF19040760

| Date | | Services | Rate | Hours | Amount |
|------|------|----------|------|-------|--------|
| 06/03/19 | MAC | Review and revise Brief and NDC Declaration | 225.00 | 0.30 | 67.50 |
| 06/03/19 | MAC | Correspondence to Jim Oberg regarding Motion, Brief and Declaration | 225.00 | 0.20 | 45.00 |
| 06/03/19 | MAC | Examine e-notice of filing from District Court | 225.00 | 0.10 | 22.50 |
| 06/04/19 | MAC | Examine Text Order from Court | 225.00 | 0.10 | 22.50 |
| 06/07/19 | NDC | Review plaintiff's brief in opposition to the motion to dismiss | 175.00 | 0.10 | 17.50 |
| 06/07/19 | MAC | Examine e-notices from Court and Plaintiff's Notice of Service and Brief Opposing Motion to Dismiss | 225.00 | 0.20 | 45.00 |
| 06/07/19 | MAC | Examine email from NDC; reply | 225.00 | 0.10 | 22.50 |
| 06/10/19 | NDC | Review Smith's motion for extension of deadline to reply | 175.00 | 0.10 | 17.50 |
| 06/10/19 | NDC | Review Court's text order on briefing schedule | 175.00 | 0.10 | 17.50 |
| 06/10/19 | MAC | Examine e-notice from Court and Court Order granting Plaintiff's request for extension of time | 225.00 | 0.10 | 22.50 |

Client Ref:      05664 - 009                                                    July 25, 2019
**Invoice # 295609**                                                                 **Page 2**

| Date | | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/19 | MAC | Examine e-notice from Court and docket entry regarding text oral motion of Plaintiff | 225.00 | 0.10 | 22.50 |
| 06/27/19 | NDC | Review plaintiff's briefs in opposition to motions to dismiss and our motion for sanctions | 175.00 | 0.30 | 52.50 |

**Recapitulation**

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| MAC | Mark A. Christensen | 225.00 | 1.20 | 270.00 |
| NDC | Nathan D. Clark | 175.00 | 0.60 | 105.00 |
| **For Current Services Rendered** | | | **1.80** | **$375.00** |

**Expenses and Advances**

| Date | Expenses and Advances | Amount |
|---|---|---|
| 06/28/19 | Postage Expense | 15.80 |
| **Total Expenses and Advances** | | **$15.80** |
| | **Total This Matter** | **$390.80** |

CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
ATTORNEYS AT LAW
ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                                        August 26, 2019
Attn: James Oberg                                                                        **Invoice # 296647**

For Services and Costs

CLIENT:   05664 - Glatfelter Claims Management, Inc.

| Matter | Fees | All Costs | Total |
|---|---|---|---|
| 009 - Smith v. Central Platte NRD, et al. | 245.00 | 0.00 | 245.00 |
| | **Total Current Work** | | **$245.00** |

Amount enclosed: _____

Net payable within 10 days of receipt.
Please make check payable to Cline Williams.

PLEASE RETURN FIRST PAGE OF STATEMENT WITH PAYMENT

TEMPORARY RELOCATION OF LINCOLN OFFICE
Our Lincoln offices will be substantially renovated beginning
January 14, 2019. To facilitate the construction, we will temporarily
relocate to the 2nd, 3rd and 4th floors of the U.S. Bank Building at
100 North 56th Street, Lincoln, NE 68504, located at the corner of 56th &
O Streets. Our mailing address, telephone numbers, fax number and email
addresses remain unchanged during this temporary relocation. We expect
to return to our renovated downtown Lincoln offices in the fall of 2019.

CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
ATTORNEYS AT LAW
ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                    August 26, 2019
Attn: James Oberg                                                    **Invoice # 296647**

Re:        009  Smith v. Central Platte NRD, et al.

     Claim No.:          NEPF19040760

| Date | | Services | Rate | Hours | Amount |
|------|------|---------|------|-------|--------|
| 07/01/19 | NDC | Review plaintiff's opposition to Rule 11 motion | 175.00 | 0.20 | 35.00 |
| 07/01/19 | MAC | Examine e-notice from Court and filed Notice of Service by Smith | 225.00 | 0.10 | 22.50 |
| 07/01/19 | MAC | Examine Plaintiff's Briefs in Opposition to Motion to Dismiss and Motion for Sanctions | 225.00 | 0.20 | 45.00 |
| 07/03/19 | NDC | Review reply briefs of co-defendants | 175.00 | 0.30 | 52.50 |
| 07/03/19 | MAC | Examine Reply Brief submitted on behalf of Cathleen Allen | 225.00 | 0.10 | 22.50 |
| 07/08/19 | MAC | Examine Reply Brief submitted on behalf of Noakes, Moore, Riedmann and Inbody | 225.00 | 0.10 | 22.50 |
| 07/10/19 | MAC | Examine Motion for Default Judgment, Certificate and Brief filed by Plaintiff | 225.00 | 0.10 | 22.50 |
| 07/15/19 | MAC | Examine Order denying Plaintiff's Summary Judgment Motion | 225.00 | 0.10 | 22.50 |

**Recapitulation**

| | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| MAC | Mark A. Christensen | 225.00 | 0.70 | 157.50 |
| NDC | Nathan D. Clark | 175.00 | 0.50 | 87.50 |
| **For Current Services Rendered** | | | **1.20** | **$245.00** |

Client Ref:     05664 - 009                                            August 26, 2019
**Invoice # 296647**                                                        **Page 2**

                                        **Total This Matter**              **$245.00**

## CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                          October 22, 2019
Attn: James Oberg                                          **Invoice # 298685**

For Services and Costs

CLIENT:   05664 - Glatfelter Claims Management, Inc.

| Matter | Fees | All Costs | Total |
|---|---|---|---|
| 009 - Smith v. Central Platte NRD, et al. | 62.50 | 49.60 | 112.10 |
| **Total Current Work** | | | **$112.10** |

Amount enclosed: _____

Net payable within 10 days of receipt.
Please make check payable to Cline Williams.

PLEASE RETURN FIRST PAGE OF STATEMENT WITH PAYMENT


TEMPORARY RELOCATION OF LINCOLN OFFICE
Our Lincoln offices will be substantially renovated beginning
January 14, 2019. To facilitate the construction, we will temporarily
relocate to the 2nd, 3rd and 4th floors of the U.S. Bank Building at
100 North 56th Street, Lincoln, NE 68504, located at the corner of 56th &
O Streets. Our mailing address, telephone numbers, fax number and email
addresses remain unchanged during this temporary relocation. We expect
to return to our renovated downtown Lincoln offices in the fall of 2019.

# CLINE WILLIAMS
# WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
##### ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                                October 22, 2019
Attn: James Oberg                                                **Invoice # 298685**

Re:          009  Smith v. Central Platte NRD, et al.

    Claim No.:          NEPF19040760

| Date | | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/16/19 | NDC | Check status of pending motions | 175.00 | 0.10 | 17.50 |
| 09/16/19 | MAC | Examine email from Jim Oberg; reply | 225.00 | 0.10 | 22.50 |
| 09/16/19 | MAC | Prepare email to NDC; examine reply | 225.00 | 0.10 | 22.50 |

### Recapitulation

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| MAC | Mark A. Christensen | 225.00 | 0.20 | 45.00 |
| NDC | Nathan D. Clark | 175.00 | 0.10 | 17.50 |
| **For Current Services Rendered** | | | **0.30** | **$62.50** |

### Expenses and Advances

| Date | Expenses and Advances | Amount |
|---|---|---|
| 09/17/19 | Pacer Service Pacer Service - US Bank, N.A. | 49.60 |
| **Total Expenses and Advances** | | **$49.60** |

**Total This Matter**          **$112.10**

## CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
##### ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                              February 24, 2020
Attn: James Oberg                                              **Invoice # 303003**

For Services and Costs

CLIENT:   05664 - Glatfelter Claims Management, Inc.

| Matter | Fees | All Costs | Total |
|---|---|---|---|
| 009 - Smith v. Central Platte NRD, et al. | 80.00 | 2.20 | 82.20 |
| **Total Current Work** | | | **$82.20** |

Amount enclosed: _____

Net payable within 10 days of receipt.
Please make check payable to Cline Williams.

PLEASE RETURN FIRST PAGE OF STATEMENT WITH PAYMENT

# CLINE WILLIAMS
# WRIGHT JOHNSON & OLDFATHER, L.L.P.
### ATTORNEYS AT LAW
##### ESTABLISHED 1857

233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone 402.474.6900/Fax 402.474.5393
Tax ID number 47-0382823

Glatfelter Claims Management, Inc.                              February 24, 2020
Attn: James Oberg                                              **Invoice # 303003**

Re:        009  Smith v. Central Platte NRD, et al.

   Claim No.:              NEPF19040760

| Date | | Services | Rate | Hours | Amount |
|------|------|----------|------|-------|--------|
| 01/07/20 | NDC | Review docket for case activity | 175.00 | 0.10 | 17.50 |
| 01/21/20 | MAC | Prepare email to NDC regarding status | 225.00 | 0.10 | 22.50 |
| 01/22/20 | MAC | Examine email from NDC; prepare email to James Oberg | 225.00 | 0.10 | 22.50 |
| 01/22/20 | NDC | Check docket | 175.00 | 0.10 | 17.50 |

### Recapitulation

| | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| MAC | Mark A. Christensen | 225.00 | 0.20 | 45.00 |
| NDC | Nathan D. Clark | 175.00 | 0.20 | 35.00 |
| **For Current Services Rendered** | | | **0.40** | **$80.00** |

### Expenses and Advances

| Date | Expenses and Advances | Amount |
|------|-----------------------|--------|
| 12/13/19 | Other Cash Advanced Pacer - US Bank, N.A. | 2.20 |
| **Total Expenses and Advances** | | **$2.20** |

|  |  |
|--|--|
| **Total This Matter** | **$82.20** |

Cline Williams Wright Johnson & Oldfather

**EXHIBIT B**

Run 5/20/2020 3:54:34 PM

Page 1
File: ATTYDRY

# Attorney Diary Report

For Mark A. Christensen
From 02/24/2020 Thru 05/31/2020

| Date<br>Client Code and Name<br>Matter Code  Name | Event | Stat/Bill | Hours | $ Value | Description |
|---|---|---|---|---|---|
| **5/4/2020** | | | | | |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4950065 | P B | 0.10 | 22.50 | Examine email from James Oberg; prepare email to NDC |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4950067 | P B | 0.20 | 45.00 | Examine email from NDC; reply - 2 |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4950089 | P B | 0.10 | 22.50 | Prepare email to Jim Oberg regarding status and recommendation; examine reply |
| **Total this date** | | | **0.40** | **90.00** | |
| **5/14/2020** | | | | | |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4972046 | P B | 0.30 | 67.50 | Examine Memorandum and Order and Judgment from District Court |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4972047 | P B | 0.10 | 22.50 | Examine email from NDC; reply |
| **Total this date** | | | **0.40** | **90.00** | |
| **5/15/2020** | | | | | |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4972059 | P B | 0.20 | 45.00 | Correspondence to Jim Oberg regarding Memorandum and Order and Judgment |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4972060 | P B | 0.10 | 22.50 | Examine email from Jim Oberg; reply |
| **Total this date** | | | **0.30** | **67.50** | |
| **Attorney total** | | | **1.10** | **247.50** | |
| **Billable Hours** | | | **1.10** | **247.50** | |
| **Non billable hours** | | | **0.00** | **0.00** | |

Cline Williams Wright Johnson & Oldfather
Run 5/20/2020 3:56:14 PM

**EXHIBIT C**

## Attorney Diary Report
For Nathan D. Clark
From 02/24/2020 Thru 05/31/2020

Page 1
File: ATTYDRY

| Date<br>Client Code and Name<br>Matter Code  Name | Event | Stat/Bill | Hours | $ Value | Description |
|---|---|---|---|---|---|
| **5/4/2020** | | | | | |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4948186 | P B | 0.70 | 122.50 | Look up docket activity re: motion to dismiss and motion for sanctions; talk to former Judge Gerrard clerk about why there is such a delay; recommend course of action to MAC |
| **Total this date** | | | **0.70** | **122.50** | |
| **5/14/2020** | | | | | |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4966926 | P B | 0.30 | 52.50 | Review Court's order granting motion to dismiss and motion for sanctions |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4966928 | P B | 0.10 | 17.50 | Review billing invoices for proving attorney's fees |
| **Total this date** | | | **0.40** | **70.00** | |
| **5/18/2020** | | | | | |
| 05664        Glatfelter Claims Management, Inc.<br>009   Smith v. Central Platte NRD, et al. | 4971224 | P B | 0.60 | 105.00 | Draft affidavit in support of motion for attorney's fees |
| **Total this date** | | | **0.60** | **105.00** | |
| **Attorney total** | | | **1.70** | **297.50** | |
| **Billable Hours** | | | **1.70** | **297.50** | |
| **Non billable hours** | | | **0.00** | **0.00** | |
| **Total this report** | | | **1.70** | **297.50** | |
| **Billable Hours** | | | **1.70** | **297.50** | |
| **Non billable hours** | | | **0.00** | **0.00** | |