IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH, | |
| Plaintiff, | 4:19-CV-3024 |
| vs. | ORDER |
| CATHLEEN H. ALLEN, et al., | |
| Defendants. | |

IT IS ORDERED:

1. The plaintiff's motion to extend (filing 56) is granted.

2. Both excusable neglect and good cause for an extension of time having been shown, pursuant to Fed. R. App. P. 4(a)(5)(A), the plaintiff may file a notice of appeal on or before July 13, 2020.

3. Pursuant to Fed. R. App. P. 4(a)(5)(C), no further extension may be granted.

Dated this 16th day of June, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge