IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH,<br><br>                 Plaintiff,<br><br>vs.<br><br>CATHLEEN H. ALLEN, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; LEININGER, SMITH, JOHNSON, BAACK, PLACZEK & ALLEN, the law office of, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; SMITH, JOHNSON, BAACK, PLACZEK, ALLEN, CONNICK & HANSEN, the law office of, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; CENTRAL PLATTE NATURAL RESOURCES DISTRICT, KARIN L. NOAKES, in her individual, personal Capacity; FRANKIE J. MOORE, in her individual, personal Capacity; FRANCIC C. RIEDMAN, in her individual, personal capacity; and EVERETT O. INBODY, in his individual, Personal capacity;<br><br>                 Defendants. | **4:19CV3024**<br><br>**ORDER** |

      IT IS ORDERED that the motion to substitute, (Filing No. 67), is granted, and James A. Campbell is substituted for Ryan S. Post as counsel for Defendants Karin L. Noakes, Frankie J. Moore, Francie C. Riedmann, and Everett O. Inbody.

      April 28, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge