IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY L. SMITH,<br><br>              Plaintiff,<br><br>vs.<br><br>CATHLEEN H. ALLEN, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; LEININGER, SMITH, JOHNSON, BAACK, PLACZEK & ALLEN, the law office of, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; SMITH, JOHNSON, BAACK, PLACZEK, ALLEN, CONNICK & HANSEN, the law office of, all in their personal capacity and in their official capacity as jointly engaged State actors and Special Prosecutor; CENTRAL PLATTE NATURAL RESOURCES DISTRICT, KARIN L. NOAKES, in her individual, personal Capacity; FRANKIE J. MOORE, in her individual, personal Capacity; FRANCIC C. RIEDMAN, in her individual, personal capacity; and EVERETT O. INBODY, in his individual, Personal capacity;<br><br>              Defendants. | **4:19CV3024**<br><br>**ORDER** |

      IT IS ORDERED that the motion to withdraw filed on behalf of Jacqueline M. DeLuca as counsel of record for Defendants Cathleen H. Allen; the law office of LEININGER, SMITH, JOHNSON, BAACK, PLACZEK & ALLEN; and the law office of SMITH, JOHNSON, BAACK, PLACZEK, ALLEN, CONNICK & HANSEN (Filing

No. 72), is granted. Jacqueline M. DeLuca as shall no longer receive electronic notice in this case.

Dated this 20th day of May, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge